### Admiralty—Jurisdiction—Prohibition.

EX PARTE DETROIT RIVER FERRY CO. Petition for writ of prohibition. This case is in all its material facts like that of *Ex parte Gordon*, just decided. It was determined on the same day, and the decision was delivered by Mr. Chief Justice *Waite*, denying the writ.

In an action for damages for death caused by a collision, an appeal will lie to the circuit court in favor of libellant if he is defeated, and in favor of respondent if the recovery exceeds $50. It is no ground for relief by prohibition that provision has not been made for a review of the decision of the court of original jurisdiction, by appeal or otherwise

### Same.

EX PARTE HAGAR. This was a hearing on petition for a writ of prohibition brought to restrain proceeding in the district court of the district of Delaware, sitting in admiralty, from further action in a suit pending for the recovery of half pilotage claimed to be due under the statutory regulations of Delaware. Mr. Chief Justice *Waite* delivered the opinion of the court denying the writ.

Claims for pilotage fees are within the jurisdiction of the admiralty, and such being the case under the decision just rendered *Ex parte Gordon*, the district court can properly hear and decide the matters in dispute, and prohibition will be denied.

H. G. Ward and R. C. McMurtrie, for petition.

George Gray, Edward G. Bradford, Henry Flanders, and Thomas F. Bayard, contra.

Cases cited: Ex parte McNeil, 13 Wall. 236; Hobart v. Drogan, 10 Pet. 108.